UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DICARLO, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>MCDONALD'S CORPORATION,<br><br>       Defendant. | No. 1:15-cv-02273 (ALC)(RLE)<br><br>**DEFENDANT MCDONALD'S CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Defendant McDonald's Corporation ("McDonald's"), being a non-governmental corporate party, by and through the undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, stating as follows:

  McDonald's is a public corporation whose stock is traded on the New York Stock Exchange.  No publicly held corporation owns 10% or more of McDonald's stock.

Dated: Atlanta, Georgia
June 11, 2015

                Respectfully submitted,

                ALSTON & BIRD LLP

              By: /s/ Charles H. Morgan
                   Charles H. Morgan
                   (admitted *pro hac vice*)
                   Kristine McAlister Brown
                   (admitted *pro hac vice*)
                   1201 West Peachtree Street
                   Atlanta, Georgia 30309-3424
                   Phone: (404) 881-7187
                   Fax: (404) 253-8757
                   Email: charlie.morgan@alston.com
                   Email: kristy.brown@alston.com

                   Alexander S. Lorenzo
                   90 Park Avenue
                   New York, New York 10016
                   Phone: (212) 210-9400
                   Fax: (212) 210-9444
                   Email: alexander.lorenzo@alston.com

                   *Attorneys for Defendant McDonald's Corporation*